IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS LLC, <br><br> Defendant. | C.A. No. 21-691 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS LLC, <br><br> Defendant. | C.A. No. 21-1138 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS LLC, <br><br> Defendant. | C.A. No. 21-1594 (GBW) |

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING CLAIM CONSTRUCTION SCHEDULE & HEARING**

WHEREAS, the Court has Ordered (D.I. 332) the parties to file a joint submission explaining whether (a) they maintain their request for a claim construction hearing regarding the

issues raised in their Supplemental Joint Claim Construction Brief (D.I. 310), and (b) propose an approximate week or date range to hold such a hearing;

WHEREAS, during the course of expert discovery additional claim construction disputes have arisen regarding whether the preambles claims 1 and 11 of U.S. Patent No. 10,959,956, claim 1 of U.S. Patent No. 10,966,931, and claims 1 and 10 of U.S. Patent No. 11,077,079 regarding methods of treatment are limiting, what the constructions of those preambles should be if they are limiting, the construction of the term "a single daily dose" in claims 1 and 10 of the '079 patent, and the construction of the "wherein" clauses in claims 5 and 14 of the '079 patent; and

WHEREAS, the parties have met and conferred and agree, subject to the Court's approval, on the schedule below for briefing the additional claim construction issues, and for holding a claim construction hearing regarding the issues raised in the Supplemental Joint Claim Construction Brief (D.I. 310) and the additional disputed claim terms identified above;

IT IS HEREBY STIPULATED AND AGREED, by the Parties, subject to approval of the Court, that the following schedule shall apply for the outstanding claim construction issues:[1]

| Event | Date |
|---|---|
| Jazz's Opening *Markman* Brief (2,000 word limit) | ~~August 4, 2023~~ August 11, 2023 |
| Avadel's Responsive *Markman* Brief (3,500 word limit) | ~~August 25, 2023~~ September 1, 2023 |
| Jazz's Reply *Markman* Brief (3,000 word limit) | ~~September 15, 2023~~ September 22, 2023 |
| Avadel's Sur-Reply *Markman* Brief (1,500 word limit) | ~~September 29, 2023~~ October 6, 2023 |
| Parties file joint second supplemental *Markman* brief | October 11, 2023 |
| *Markman* hearing | ~~Week of October 16, 2023, subject to the Court's availability~~ October 25, 2023, at 1pm |

---

[1] At Avadel's request, Jazz confirms that Jazz's statement in the parties' Supplemental Joint Claim Construction Brief that Avadel's allegation of claim copying is "unsupported and incorrect" (D.I. 310 at 22) is based on differences between the claims that can be seen from the face of the patent, and not on any privileged information.

2

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MCCARTER & ENGLISH, LLP |
| /s/ *Jeremy A. Tigan* | /s/ *Alexandra M. Joyce* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

July 21, 2023

**SO ORDERED** this 4th day of August, 2023.

_____
United States District Court Judge