IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAZZ PHARMACEUTICALS, INC., | ) | **PUBLIC VERSION** |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 21-691 (GBW) |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | ▇▇▇▇▇▇▇ |
| Defendant. | ) | |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 21-1138 (GBW) |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | ▇▇▇▇▇▇▇ |
| Defendant. | ) | |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 21-1594 (GBW) |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | ▇▇▇▇▇▇▇ |
| Defendant. | ) | |

**JOINT SUPPLEMENTAL CLAIM CONSTRUCTION APPENDIX**

## Jazz's Exhibits

| EXHIBIT | DESCRIPTION |
|---|---|
| Exhibit 1 | U.S. Patent No. 10,959,956 |
| Exhibit 2 | U.S. Patent No. 10,966,931 |
| Exhibit 3 | U.S. Patent No. 11,077,079 |
| Exhibit 4 | September 21, 2021 Notice of Allowability in U.S. Patent Application No. 17/012,283 |
| Exhibit 5 | January 6, 2021 Notice of Allowability in U.S. Patent Application No. 17/012,831 |
| Exhibit 6 | U.S. Patent Application Publication 2012/0076865 |
| Exhibit 7 | May 20, 2021 Amendment/Request for Reconsideration-After Non-Final Rejection in U.S. Patent Application No. 17/118,041 |
| Exhibit 8 | Dictionary of Science and Technology, 2nd Ed. (2007), definitions of "induce" and "promote" |
| Exhibit 9 | Oxford Advanced Learner's Dictionary, 9th Ed. (2015), definitions of "induce" and "promote" |
| Exhibit 10 | Longman Dictionary of American English, 5th Ed. (2014), definitions of "induce" and "promote" |
| Exhibit 11 | June 30, 2023 letter from Alex M. Grabowski to Gabriel Brier |
| Exhibit 12 | May 30, 2023 letter from Audra Sawyer to Gabriel Brier |
| Exhibit 13 | Excerpts from the Reply Expert Report of William Charman |
| Exhibit 14 | Excerpts from the Second Supplemental Opening Expert Report of Robert S. Langer |
| Exhibit 15 | Excerpts from the Second Supplemental Opening Expert Report of Alexander M. Klibanov, Ph.D. |

**Avadel's Exhibits**

| EXHIBIT | DESCRIPTION |
|---|---|
| Exhibit A | U.S. Patent No. 10,959,956 |
| Exhibit B | U.S. Patent No. 10,966,931 |
| Exhibit C | Excerpts of Plaintiff's Final Infringement Contentions |
| Exhibit D | '956 patent File History, December 18, 2020 Notice of Allowance |
| Exhibit E | '931 patent File History, January 6, 2021 Notice of Allowance |
| Exhibit F | U.S. Patent No. 11,077,079 |
| Exhibit G | '079 patent File History, May 20, 2021 Remarks |
| Exhibit H | Excerpt of Scharf Opening Report on Invalidity |

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MCCARTER & ENGLISH LLP |
| */s/ Jeremy A. Tigan* | */s/ Daniel M. Silver* |
| Jack B. Blumenfeld (#1014) | Daniel M. Silver (#4758) |
| Jeremy A. Tigan (#5239) | Alexandra M. Joyce (#6423) |
| 1201 North Market Street | Renaissance Centre |
| P.O. Box 1347 | 405 N. King Street, 8th Floor |
| Wilmington, DE 19899 | Wilmington, Delaware 19801 |
| (302) 658-9200 | (302) 984-6300 |
| jblumenfeld@morrisnichols.com | dsilver@mccarter.com |
| jtigan@morrisnichols.com | ajoyce@mccarter.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| F. Dominic Cerrito | Kenneth G. Schuler |
| Eric C. Stops | Marc N. Zubick |
| Evangeline Shih | Alex Grabowski |
| Andrew S. Chalson | Sarah W. Wang |
| Gabriel P. Brier | LATHAM & WATKINS LLP |
| Frank C. Calvosa | 330 North Wabash Avenue, Suite 2800 |
| Nicholas A. LoCastro | Chicago, IL 60611 |
| Krista M. Rycroft | (312) 876-7700 |
| Quentin Jorgensen | kenneth.schuler@lw.com |
| Catherine T. Mattes | marc.zubick@lw.com |
| Abigail DeMasi | alex.grabowski@lw.com |
| Raymond N. Nimrod | sarah.wang@lw.com |
| Ellyde R. Thompson | |
| QUINN EMANUEL URQUHART | Herman Yue |
| & SULLIVAN, LLP | LATHAM & WATKINS LLP |
| 51 Madison Avenue, 22nd Floor | 1271 Avenue of the Americas |
| New York, NY 10010 | New York, NY 10020 |
| (212) 849-7000 | (212) 906-1200 |
| | Herman.Yue@lw.com |
| Alexandra Kim | |
| QUINN EMANUEL URQUHART | Audra M. Sawyer |
| & SULLIVAN, LLP | LATHAM & WATKINS LLP |
| 111 Huntington Ave., Suite 520 | 555 Eleventh Street, NW, Suite 1000 |
| Boston, MA 02199 | Washington, D.C. 20004 |
| (617) 712-7100 | (202) 637-2200 |
| | Audra.sawyer@lw.com |
| Christopher D. Porter | |
| Elizabeth M. Devaney | Daralyn J. Durie |
| QUINN EMANUEL URQUHART | MORRISON & FOERSTER LLP |
| & SULLIVAN, LLP | 425 Market Street |
| | San Francisco, CA 94105 |

4

<div style="columns:2">

Pennzoil Place  
711 Louisiana Street, Suite 500  
Houston, TX 77002  
(713) 221-7000  

*Attorneys for Plaintiffs*  
*Jazz Pharmaceuticals, Inc. and*  
*Jazz Pharmaceuticals Ireland Limited*  

October 10, 2023

(415) 568-6034  
ddurie@mofo.com  

Kira A. Davis  
Katherine E. McNutt  
MORRISON & FOERSTER LLP  
707 Wilshire Boulevard  
Los Angeles, CA 90017  
(213) 892-5200  
kiradavis@mofo.com  
kmcnutt@mofo.com  

*Counsel for Defendant*  
*Avadel CNS Pharmaceuticals LLC*

</div>

5