# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jeremy A. Tigan
(302) 351-9106
jtigan@morrisnichols.com

February 29, 2024

The Honorable Gregory B. Williams                          *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

Re: *Jazz Pharms., Inc., et al. v. Avadel CNS Pharms., LLC*,
C. A. Nos. 21-691, 21-1138, 21-1594 (GBW)

Dear Judge Williams,

The parties have conferred regarding redacted versions of the Court's sealed February 14, 2024 Memorandum Opinion Regarding Summary Judgment and *Daubert* Motions (C.A. No. 21-691, D.I. 539; C.A. 21-1138, D.I. 425; C.A. No. 21-1594, D.I. 423) and Order Regarding Motions in Limine (C.A. No. 21-691, D.I. 540; C.A. 21-1138, D.I. 426; C.A. No. 21-1594, D.I. 424). The proposed redacted versions are attached as Exhibits A and B respectively.

The proposed public version of the Memorandum Opinion Regarding Summary Judgment and *Daubert* Motions redacts information related to Jazz's licensing practices that Jazz believes would cause competitive harm if disclosed to the public. The proposed public version of the Order Regarding Motions in Limine redacts information related to Avadel's financial information that Avadel believes would cause competitive harm if disclosed to the public.

Counsel for the parties are available if the Court should have any questions.

Respectfully,

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

JAT:lo
cc: Clerk of the Court (via hand delivery)
    All Counsel of Record (via CM/ECF and e-mail)