IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAZZ PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-691 (GBW) |
| | ) | |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1138 (GBW) |
| | ) | |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1594 (GBW) |
| | ) | |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

WHEREAS, the Court has considered Plaintiffs' Unopposed Motion to Seal and Redact Memorandum Opinion (the "Motion");

**IT IS HEREBY ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**;

2. The Memorandum Opinion filed at D.I. 539 in C.A. No. 21-691; D.I. 425 in C.A. No. 21-1138; and D.I. 423 in C.A. No. 21-1594 shall remain under seal; and

3. The clerk is directed to docket the redacted version of the Court's order filed as Exhibit B to the Motion as the redacted public version of D.I. 539 in C.A. No. 21-691; D.I. 425 in C.A. No. 21-1138; and D.I. 423 in C.A. No. 21-1594.

**SO ORDERED** this 12th day of June, 2024.

_____
United States District Judge