**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS LLC, <br><br> Defendant. | C.A. No. 21-691 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS LLC, <br><br> Defendant. | C.A. No. 21-1138 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS LLC, <br><br> Defendant. | C.A. No. 21-1594 (GBW) |

| | |
|---|---|
| AVADEL CNS PHARMACEUTICALS LLC, AND AVADEL PHARMACEUTICALS PLC,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>JAZZ PHARMACEUTICALS, INC., AND JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>Defendants. | C.A. No. 22-487 (GBW) |
| AVADEL CNS PHARMACEUTICALS LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JAZZ PHARMACEUTICALS, INC,<br><br>　　　　　　　　Defendant.. | C.A. No. 22-941-GBW |
| AVADEL CNS PHARMACEUTICALS, LLC AND FLAMEL IRELAND LIMITED,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>JAZZ PHARMACEUTICALS, INC., AND JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>Defendants. | C.A. No. 25-09-GBW **(CONSOLIDATED)**<br>C.A. No. 25-057-GBW (Member Case)<br>C.A. No. 25-221-GBW (Member Case)<br>C.A. No. 25-435-GBW (Member Case) |

**STIPULATION AND [PROPOSED]**
<u>**ORDER OF DISMISSAL WITH PREJUDICE**</u>

IT IS HEREBY STIPULATED AND AGREED, by and among Jazz Pharmaceuticals, Inc., Jazz Pharmaceuticals Ireland Limited (collectively, "Jazz"), Avadel CNS Pharmaceuticals LLC, Avadel Pharmaceuticals plc, and Flamel Ireland Limited (collectively, "Avadel"), pursuant to the terms of the parties' Settlement Agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and/or 41(a)(2), that all claims and counterclaims asserted in these actions by and between Jazz

ME1\58575317.v1

and Avadel are dismissed WITH PREJUDICE, with each party responsible for its own attorneys' fees and costs.

Dated: October 24, 2025

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MCCARTER & ENGLISH, LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Alexandra M. Joyce* |
| Jeremy A. Tigan (#5239)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>cclark@morrisnichols.com | Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com |
| *Attorneys for Jazz* | *Attorneys for Avadel* |

SO ORDERED this ___ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE